# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 29, 2026

Lyle W. Cayce
Clerk

———————

No. 25-11347
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Darwin Ayala-Ochoa,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CR-188-8

———————————————————

Before King, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

　　The attorney appointed to represent Darwin Ayala-Ochoa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ayala-Ochoa has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Ayala-Ochoa's

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ayala-Ochoa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.